IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Case No. 5:11-CV-100-RLV-DSC

LOU E. HENSLEY,

        **Plaintiff,**

v.                                   **ORDER**

GEROVA FINANCIAL GROUP, LTD.,

        **Defendant.**

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for Ethan J. Brown and Alex Weingarten]" (documents ##9-10). For the reasons set forth therein, the Motions are  granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Richard L. Voorhees.

        **SO ORDERED**.                         Signed: August 23, 2011

_____
David S. Cayer
United States Magistrate Judge