IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL DOCKET NO.: 5:11CV100-RLV

| | |
|---|---|
| LOU E. HENSLEY, )<br>      Plaintiff, )<br> )<br>v. )<br> )<br>GEROVA FINANCIAL GROUP, LTD., )<br>      Defendant. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on its own motion to inquire as to the status of the litigation. On July 23, 2012, counsel for Defendant Gerova Financial Group, Ltd. ("Gerova") filed a document entitled, "Notice of Winding-Up," which represented that Gerova was being required to wind-up its operations by Order of the Supreme Court of Bermuda pursuant to section 161(e) of the Companies Act 1981. (Doc. 21). Defendant's filing further stated that the Supreme Court of Bermuda appointed Joint Provisional Liquidators ("JPLs") to oversee the process. *Id*. While Defendant did not move for any particular relief, counsel for Defendant suggested via Notice that the litigation "should be stayed pending further instructions from the JPLs regarding Gerova's participation in the matter." *Id*. In fact, no action has been taken by either party since the July 2012 Notice. Likewise, there has been no instruction to date from the JPLs concerning the status of Gerova as a Defendant in the instant case.

**IT IS, THEREFORE, ORDERED** that the parties are hereby directed to file a Status Report **on or before Wednesday, May 14, 2014**.

Signed: April 30, 2014

Richard L. Voorhees
United States District Judge